UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) MJ-08-322<br>) |
| v. | ) Order of Dismissal<br>) Without Prejudice |
| EVERARDO RIVERA-VIRUETA<br>(a/k/a Francisco Rivera-Vierrueta, | )<br>)<br>) |
| Defendant. | ) |

Leave of court is granted for the filing of the foregoing dismissal without prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this 8th day of Jan., 2009.

Cynthia Imbrogno
United States Magistrate Court Judge

Order of Dismissal Without Prejudice - 1
P90106dsd.REC.wpd